# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| | : | No. 17-282 |
| **v.** | : | |
| | : | |
| **ISHAIAH BROWN** | : | |

## ORDER

This 21ˢᵗ day of January 2021, it is hereby **ORDERED** Defendant's Motion for Bail, ECF 57, and Pro Se Motion for Hearing, ECF 67, are **DENIED** for the reasons set forth in the accompanying sealed Memorandum.

/s/ Gerald Austin McHugh
Gerald Austin McHugh
United States District Judge